# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| VINCENT F. RIVERA, | ) | |
| Plaintiff(s), | ) | 2:06-cv-0873-RLH-LRL |
| vs. | ) | **O R D E R** |
| KENNY QUINN, *et al.*, | ) | (Motion to Reopen–#9) |
| Defendant(s). | ) | |

Before the Court is Plaintiff's Motion to reopen the Case (#9, filed March 19, 2006). There is no evidence of service on the named Defendants, although that is of little moment.

On July 14, 2006, Plaintiff filed a Complaint and motion for leave to proceed in forma pauperis. On July 27, 2006, the Court dismissed the Complaint on the grounds that he cannot proceed *in formal pauperis* in this action because he has had three or more prior actions dismissed for failure to state a claim upon which relief can be granted, or as frivolous or malicious, pursuant to 28 U.S.C. § 1915(g). On August 17, 2006, Plaintiff filed a Notice of Appeal. His appeal was dismissed by the Ninth Circuit Court of Appeals for failure to file the fee. The mandate dismissing the appeal was spread on the record (#8) on January 10, 2007.

Plaintiff now brings this motion, still without filing the fee, making allegations against the Florida Department of Corrections, and claiming the order of dismissal is "actually a product of "judicial propaganda and promotes hypocrisy." The Plaintiff's appeal of the Order of Dismissal has itself been dismissed. This matter is closed and the present motion provides no

1

1 | grounds for reopening it.

2 |       IT IS THEREFORE ORDERED that Plaintiff's Motion to reopen the Case (#9) is
3 | DENIED.

4 |       Dated: June 8, 2007.

_____
Roger L. Hunt
Chief United States District Judge